WILLIAM R. WARE and EDWARD J. WARE, as Trustees under the Will of ENOCH R. WARE, Deceased, Appellants.

Appeal by William R. Ware and Edward J. Ware, as trustees, etc., from so much of an order of the Supreme Court, made at Special Term, and entered in the office of the clerk of the county of Westchester on the 5th day of June, 1911, as denies their motion for an allowance of counsel fees in excess of the sum of $2,000.

PER CURIAM: This case is governed by our recent decision in *Matter of Simmons, Hill View Reservoir, Sec. No. 1* (151 App. Div. 444), and, therefore, the order should be reversed, with ten dollars costs and disbursements, and the matter remitted to the Special Term for further consideration. Inasmuch as this court has allowed an appeal to the Court of Appeals from its order in the former case, which yet remains undetermined, the same course will be followed in this case should counsel so desire. Thomas, Carr, Woodward and Rich, JJ., concurred; Jenks, P. J., taking no part. Order reversed, with ten dollars costs and disbursements, and matter remitted to the Special Term.

In the Matter of the Application of EDWARD H. BARNUM, Appellant, *v.* ALVAH W. BURLINGAME, JR., Respondent, to Compel Delivery of Certain Papers, etc.

*Attorney and client.*

Appeal by the petitioner, Edward H. Barnum, from an order of the Special Term, entered in the office of the clerk of the county of Kings on the 19th day of August, 1912.

JENKS, P. J.: The court could not secure payment to the respondent for his legal services by the application of any remedy that depends upon the relation of attorney and client, inasmuch as the attorney terminated that relation without sufficient cause. (*Matter of H——*, 93 N. Y. 381; *Matter of Dunn*, 205 id. 398.) Such termination worked relegation to ordinary remedies. The order is modified by striking out the provision for payment by the client, and as thus modified it is affirmed, with ten dollars costs and disbursements. Thomas, Carr, Woodward and Rich, JJ., concurred. Order modified by striking out the provision for payment by the client, and as so modified affirmed, with ten dollars costs and disbursements.

Brooklyn Mason Contracting Company, Respondent, v. Max Berger, Appellant, and Another, Defendant.— Motion to resettle order granted, without costs; the order of resettlement to provide, however, that respond-

ent consent that the appellant may withdraw his appeal to the Court of Appeals, if so advised, without costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ. Order to be settled before Mr. Justice Burr.